RECONSTRUCTION FINANCE CORPORA-TION, Appellant, v. Norman B. PIT-CAIRN et al.

CENTRAL HANOVER BANK & TRUST COMPANY, as Trustee, etc., et al., Appellants, v. RECONSTRUCTION FINANCE CORPORATION et al.

IRVING TRUST COMPANY, as Trustee, etc., Appellant, v. RECONSTRUCTION FINANCE CORPORATION et al.

Nos. 11741–11743.

Circuit Court of Appeals, Eighth Circuit.

Feb. 7, 1942.

In No. 11741:

J. Porter Henry and Robert D. Evans, both of St. Louis, Mo., and Russell L. Snodgrass and Frederick E. Baukhages, III, both of Washington, D. C., for appellant.

A. M. Lewis and Hovey C. Clark, both of New York City, Thomas W. White, G. Carroll Stribling, Nat. S. Brown, T. M. Pierce, S. Mayner Wallace, and Guy A. Thompson, all of St. Louis, Mo., and I. L. Tappen, of New York City, for appellees.

In No. 11742:

A. M. Lewis and Hovey C. Clark, both of New York City, and Thomas W. White and G. Carroll Stribling, both of St. Louis, Mo., for appellants.

J. Porter Henry and Robert D. Evans, both of St. Louis, Mo., Russell L. Snodgrass, of Washington, D. C., Nat. S. Brown, T. M. Pierce, S. Mayner Wallace, and Guy A. Thompson, all of St. Louis, Mo., I. L. Tappen, of New York City, and Frederick E. Baukhages, III, of Washington, D. C., for appellees.

In No. 11743:

A. M. Lewis and Hovey C. Clark, both of New York City, Thomas W. White and G. Carroll Stribling, both of St. Louis, Mo., and H. C. McCollom, of New York City, for appellant.

J. Porter Henry, Robert D. Evans, both of St. Louis, Mo., Russell L. Snodgrass, of Washington, D. C., Nat. S. Brown, T. M. Pierce, S. Mayner Wallace, and Guy A. Thompson, all of St. Louis, Mo., I. L. Tappen, of New York City, and Frederick E. Baukhages, III, of Washington, D. C., for appellees.

PER CURIAM.

Appeals from District Court dismissed without costs to any of the parties, on stipulation.

Edward C. SIMMONS, II, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE.

No. 12238.

Circuit Court of Appeals, Eighth Circuit.

Feb. 20, 1942.

Stanley S. Waite and H. M. Stolar, both of St. Louis, Mo., for petitioner.

J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

PER CURIAM.

Petition to review docketed and dismissed without taxation of costs in favor of either party in this Court, on motion of petitioner and consent of respondent.